UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80145-CR-RYSKAMP/JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

YOLANDA DENISE SKIPPINGS,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Government's Motion to Approve Placement in a Pretrial Diversion Program and Remove Case from Court's Calendar, filed December 31, 2007. This Court having reviewed the pertinent portions of the record and being duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the recommendation of the Government and the Probation Office to place defendant in a Pretrial Diversion Program is hereby approved and the case is removed from the calendar for a period of twelve (12) months, until the completion of such program. The Government will notify the Court at the conclusion of the twelve months so the matter can be set for a status conference.

**IT IS FURTHER ORDERED AND ADJUDGED** that the twelve month period of time between December 31, 2007, and the date of the status conference, is hereby deemed excludable time under the Speedy Trial Act because such delay is pursuant to a written agreement with the defendant

for the purpose of allowing the defendant to demonstrate her good conduct.

**DONE AND ORDERED** in West Palm Beach, this 3 day of January 2008.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

cc: Adrienne Rabinowitz, AUSa
    Robert Norvell, Esq.